WEIGLEY, Respondent, v. KNEELAND, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1898.) Action by William W. Weigley against Slyvester H.

Kneeland. J. G. Deane, for appellant. F. Bartlett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.